TORRES, RECURRENTE, *v.* EL REGISTRADOR DE SAN GERMÁN, RECURRIDO.

Recurso gubernativo contra nota del Registrador de la Propiedad de San Germán, inscribiendo con defecto subsanable una escritura de venta de finca urbana.

No. 293.—Resuelto en noviembre 21, 1916.

SOCIEDADES MERCANTILES—NEGOCIOS BAJO EL SOLO NOMBRE DE UN INDIVIDUO—DEFECTO SUBSANABLE—COMPRAVENTA.—No constituye defecto subsanable en

el presente recurso el no haber acreditado el recurrente su carácter de único representante de la mercantil compradora cuando girando ésta bajo su solo nombre y manifestando que es su único dueño, nada existe en el documento presentado que demuestre sea una sociedad mercantil.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Benito Forés.*

El Registrador recurrido, Sr. A. Malaret, compareció en nombre propio.

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Según el documento que motiva este recurso gubernativo Don Ramón Antonio Torres y Vélez compró cierta finca como único dueño y representante de la mercantil ''R. A. Torres'' que tiene establecida bajo su solo nombre e inscrita esa adquisición en el Registro de la Propiedad de San Germán con el defecto subsanable ''de no haber acreditado Don Ramón A. Torres y Vélez su carácter de único representante de la mercantil compradora R. A. Torres'' estableció el presente recurso en el que solicita que declaremos que no existe tal defecto para que desaparezca de la inscripción.

Nada existe en el documento en cuestión que demuestre que el establecimiento mercantil del recurrente, que gira bajo su solo nombre de ''R. A. Torres'' sea una sociedad mercantil. Su nombre es el de un individuo y no el de una compañía porque no reune los requisitos que para las razones sociales exige el Código de Comercio, y como aparece que el recurrente es su único dueño, es indudable que legalmente es también su único representante, por lo que no tiene que acreditar este extremo ante el registro.

La nota recurrida debe ser revocada en cuanto al defecto subsanable en ella consignado.

> *Revocada la nota recurrida en cuanto al defecto en ella consignado.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.